# EXHIBIT A

# EXHIBIT A

## Credit Union Details  PRINT

| | |
|---|---|
| **CREDIT UNION NAME:** | NAVY FEDERAL CREDIT UNION |
| **CHARTER NUMBER:** | 5536 |
| **CREDIT UNION TYPE:** | FCU |
| **CREDIT UNION STATUS:** | Active |
| **CORPORATE CREDIT UNION:** | No |
| **CREDIT UNION CHARTER YEAR:** | 1947 |
| **CURRENT CHARTER ISSUE DATE:** | 07/17/1947 |
| **DATE INSURED:** | 01/04/1971 |
| **CHARTER STATE:** | Unknown |
| **REGION:** | 8 - ONES |
| **FIELD OF MEMBERSHIP TYPE:** | Military |
| **LOW INCOME DESIGNATION:** | No |
| **MEMBER OF FHLB:** | Yes |
| **ASSETS:** | $165,259,380,642 |
| **PEER GROUP:** | 6 - $500,000,000 and greater |
| **NUMBER OF MEMBERS:** | 12,943,536 |

## Main Office

| | |
|---|---|
| **ADDRESS:** | 820 Follin Ln SE |
| **CITY, STATE ZIP CODE:** | Vienna, VA 22180 |
| **COUNTRY:** | United States |
| **COUNTY:** | Fairfax |
| **PHONE:** | 888.842.6328 |
| **WEBSITE:** | http://www.navyfcu.org |
| **CEO/MANAGER:** | Mary A McDuffie |