# EXHIBIT B

# EXHIBIT B

{29927086;1}

| ENTITY INFORMATION |
|---|

| ENTITY INFORMATION |
|---|

**Entity Name:**

NAVY FEDERAL FINANCIAL GROUP, LLC

**Entity Number:**

E0026862012-0

**Entity Type:**

Foreign Limited-Liability Company

**Entity Status:**

Active

**Formation Date:**

01/11/2012

**NV Business ID:**

NV20121033181

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2024

**Series LLC:**

☐

**Domicile Name:**

**Jurisdiction:**

Virginia

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

**Individual with Authority to Act:**

Not Available

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | Diane Young | 1007 Electric Ave, Vienna, VA, 22180, USA | 01/28/2022 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results